1 MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
2 MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
3 456 Montgomery Street, Suite 1400
San Francisco, California 94104
4 Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiff
Larry Jones

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JULLIE Z. LAL (Cal. State Bar No. 279067)
W. TUCKER PAGE (Cal. State Bar No. 306728)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jullielal@paullhastings.com
tuckerpage@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JONES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:17-CV-01527-JAM-EFB<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge: Hon. John A. Mendez<br>Dept.: 6, 14th Floor<br><br>Complaint Filed: March 2, 2017 |

Plaintiff Larry Jones and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: June 25, 2018.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ Michael Righetti
Michael Righetti
Attorneys for Plaintiff
Larry Jones

Dated: June 25, 2018.

JEFFREY D. WOHL
JULLIE Z. LAL
W. TUCKER PAGE
PAUL HASTINGS LLP

By: /s/ Jullie Z. Lal
Jullie Z. Lal
Attorneys for Defendant
Rite Aid Corporation

| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| | RIGHETTI·GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 983-0900 |
| | Facsimile: (415) 397-9005 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Larry Jones |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| | JULLIE Z. LAL (Cal. State Bar No. 279067) |
| 8 | W. TUCKER PAGE (Cal. State Bar No. 306728) |
| | PAUL HASTINGS LLP |
| 9 | 101 California Street, 48th Floor |
| | San Francisco, California 94111 |
| 10 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 11 | jeffwohl@paulhastings.com |
| | jullielal@paullhastings.com |
| 12 | tuckerpage@paulhastings.com |
| 13 | Attorneys for Defendant |
| | Rite Aid Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JONES, an individual, | No. 2:17-CV-01527-JAM-EFB |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | Judge: Hon. John A. Mendez<br>Dept.: 6, 14th Floor |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | Complaint Filed: March 2, 2017 |
| Defendants. | |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: 6/25/2018             /s/ John A. Mendez_____
                             Hon. John A. Mendez
                             United States District Court Judge